**STONE & MAGNANINI LLP**
David S. Stone (*Pro Hac Vice* Application Forthcoming)
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106

**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower St., Suite 1000
Los Angeles, California 90017
Telephone:    310-356-4668
Facsimile:     310-388-1232

*Attorneys for Plaintiff
Telebrands Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> VINDEX SOLUTIONS LLC, CORNERSTONE TRADING LLC, GLORIA BUSINESS, INC., TECHNO ZONE, LLC, OKAPI, LLC, HENAN DERUN NEW MATERIAL TECHNOLOGY CO, LTD., SHEN ZHEN HEI SHI INVESTMENT LTD., and XNH US, <br><br> Defendant. | CASE NO.:  5:21-cv-00898 <br><br> **DECLARATION OF BALA IYER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, FOR AN ORDER GRANTING LEAVE TO CONDUCT EXPEDITED DISCOVERY AND FOR AN ORDER AUTHORIZING BIFURCATED AND ALTERNATIVE SERVICE OF PROCESS** <br><br> Date:    TBD <br> Time:   TBD <br> Dept:    TBD <br> Judge:  TBD <br><br> Complaint Filed:  February 4, 2021 |

Case No.

DECLARATION OF BALA IYER

# DECLARATION OF BALA IYER

I, Bala Iyer, of full age, hereby declare as follows:

1. My name is Bala Iyer. I am employed as the Executive Vice President and Chief Operating Officer of Telebrands Corp. ("Telebrands") and have personal knowledge as to the facts underlying Telebrands' allegations against Defendants. I submit this declaration in support of Telebrands' application for a Temporary Restraining Order, an Order to Show Cause for a Preliminary Injunction, and an order granting expedited discovery.

2. Telebrands is an award-winning, global direct response company that designs, markets and promotes a wide variety of innovative consumer products. Telebrands markets and sells products both retail and through third-party marketplaces such as Amazon and Facebook.

3. Among the products offered by Telebrands is the Hempvana Rocket, a handheld transcutaneous electrical nerve stimulation ("TENS") unit. The Hempvana Rocket is a pain-relieving pen that uses TENS therapy in the form of direct electrical stimulation to muscles.

4. The Hempvana Rocket, as well as all handheld TENS units, are classified as Class II medical devices by the United States Food and Drug Administration ("FDA"). Pursuant to 21 C.F.R. § 882.5890, all manufacturers of Class II medical devices must first submit a 510(k) premarket notification to the FDA indicating that their medical device is substantially similar to predicate medical devices, and obtain clearance from the FDA, before they may distribute the medical device within the United States.

5. We were informed and believed that there were competing business entities and individuals selling medical devices similar to the Hempvana Rocket on Amazon, Facebook and other mediums, within the United States, who did not first seek out and obtain the proper clearance to sell those TENS units within the United States pursuant to 21 C.F.R. § 882.5890.

6. Accordingly, we retained the services of Exponent, Inc. to evaluate the competing medical devices and produce a report determining whether those medical devices were indeed TENS units and whether the competitors had sought out and obtained clearance from the FDA after submitting 510(k) premarket notifications.

7. The medical devices evaluated by Exponent, Inc. are the following: (1) the Zolaro Meridian Energy Acupuncture Pen distributed by Techno Zone, LLC; (2) the AOBBiY Acupuncture Massager Pen distributed by Gloria Business, Inc.; (3) the BreoLife Electronic Acupuncture Pen distributed by Cornerstone Trading LLC; (4) the Scree SmartChoice4U Direct distributed by VindEx Solutions LLC; (5), the FORTIVO Acupuncture Massage Pen by Okapi, LLC; (6) the UniforU Massager Pen distributed by Henan Derun New Material Technology Co. Ltd.; (7) the Blitzby 5-in-1 Acupuncture Pen distributed by Shen Zhen Hei Shi Investment Ltd.; and (8) the FOHYLOY Meridian Energy Acupuncture Pen distributed by XNH US.

8. As can be seen from the report, all of the evaluated medical devices that the competitors are selling are in fact TENS units which require clearance. Nevertheless, the report also determined that none of those competing TENS units had obtained the proper clearance.

9. On January 22, 2021, Counsel for Telebrands served Defendants, VindEx, Cornerstone, Techno Zone, Gloria, and Okapi with cease and desist letters demanding that they immediately cease distributing of their unregulated TENS units within the United States.

10. However, counsel was unable to serve the Chinese Defendants, Henan Derun, Shi Investment, and XNH, by mail at the same time as their addresses were difficult to ascertain as internet searches for each company's address and contact information were inconsistent and unreliable among different sources. There were also no email addresses made available for any of these three Defendants. Moreover, Telebrands experienced difficulty translating what information it could find about Henan Derun, Shi Investment and XNH into English.

11. Telebrands searched through Amazon, various corporate entity searches, and simple searches of the Chinese Defendants' names in order to find addresses through which they could be reached. While Telebrands was able to approximate addresses for them, it appears that the most effective method of contacting any of them would be through Amazon. Accordingly, Henan Derun, Shi Investment, and XNH were served with cease and desist orders through Amazon messaging.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of February 2021 at Sparta, New Jersey.

1
2   _____
3                Bala Iyer
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28