# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TELEBRANDS CORP., <br> Plaintiff, <br> v. <br> VINDEX SOLUTIONS LLC, et al., <br> Defendants. | Case No. 21-cv-00898-BLF <br><br> **ORDER DIRECTING DEFENDANTS TO RESPOND, SETTING HEARING DATE, DIRECTING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF ORDER AND FILE PROOF OF SERVICE** |

On February 4, 2021, Plaintiff filed an application for a temporary restraining order seeking to enjoin Defendants from, *inter alia*, "[c]ontinuing to unlawfully distribute Defendants' unauthorized TENS units either through third-party marketplaces such as Amazon, or any other platform whether online, by telephone, in retail stores or through any other medium within the United States." ECF 3 at 1. Defendants SHALL file a response by **February 10, 2021 at 12:00pm**. The total pages of all Defendant briefs SHALL NOT exceed 25 pages. A hearing is hereby SET for **February 11, 2021 at 9:00am via Zoom**.

The Court DIRECTS Plaintiff to serve Defendants with notice of this Order via email no later than **February 8, 2021 at 12:00pm**. Plaintiff SHALL file proof of service with the Court.

**IT IS SO ORDERED.**

Dated: February 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge