**STONE & MAGNANINI LLP**
David S. Stone (*Pro Hac Vice* Application Forthcoming)
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106

**BESHADA FARNESE LLP**
Peter J. Farnese (SBN 251204)
pjf@bfllplaw.com
700 South Flower St., Suite 1000
Los Angeles, California 90017
Telephone:   310-356-4668
Facsimile:    310-388-1232

*Attorneys for Plaintiff*
*Telebrands Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> VINDEX SOLUTIONS LLC, CORNERSTONE TRADING LLC, GLORIA BUSINESS, INC., TECHNO ZONE, LLC, OKAPI, LLC, HENAN DERUN NEW MATERIAL TECHNOLOGY CO, LTD., SHEN ZHEN HEI SHI INVESTMENT LTD., and XNH US, <br><br> Defendant. | CASE NO.: 5:21-cv-00898-BLF <br><br> **DECLARATION OF MICHAEL A. CLORE** <br><br> Date: February 11, 2021 <br> Time: 9:00 am <br> Crtm: Zoom Hearing <br><br><br> Complaint Filed: February 4, 2021 <br> Trial Date: [None Set] |

Case No. 5:21-cv-00898-BLF
DECLARATION OF MICHAEL A. CLORE

**DECLARATION OF MICHAEL A. CLORE, ESQ.**

I, Michael A. Clore, of full age, hereby declare as follows:

1. I am an attorney admitted to practice in the State of New Jersey and an associate of the law firm of Stone & Magnanini LLP, co-counsel in the above-captioned matter. As such, I am familiar with the information set forth herein.

2. I make the Declaration in support of Plaintiff Telebrands Corp.'s ("Telebrands" or "Plaintiff") response to this Court's February 8, 2021 Order Directing Defendant to Respond, Setting Hearing Date, Directing Plaintiff to Serve Defendants with Notice of Order and File Proof of Service (the "February 8, 2021 Order").

3. In Plaintiff's application to the Court filed on February 4, 2021, Telebrands sought an Order authorizing bifurcated and alternative service of process, permitting it to serve Defendants by email where it was possible and to serve the remaining Defendants via Amazon as that was the only method of communication it could locate.

4. On or about February 8, 2021, this Court entered an Order directing Defendants to respond, setting a hearing date, directing Plaintiff to serve Defendants with notice of the Order and to file proof of service (the "February 8, 2021 Order").

5. Specifically, the February 8, 2021 Order directed Plaintiff to serve Defendants with notice of the Order via email; however, Plaintiff was not in possession of valid, individual emails for every Defendant. Telebrands was unclear whether the Court also intended to authorize it to serve the remaining Defendants via Amazon Seller Messaging Assistant.

6. Further investigation revealed that most of Defendants did not appear to have actual email presence on the internet and appear to be shell companies. In addition, those emails that Telebrands thought it possessed were actually inoperable. This supports Telebrands belief that Defendants are all sham companies, who purposely avoid providing any contact information in order to more anonymously take advantage of and trade on the success and popularity of companies such as Telebrands with the belief that they will not be caught by avoiding service.

7. Accordingly, endeavoring to comply to the extent possible with the Court's February 8, 2021 Order, I successfully caused to be served on all Defendants the February 8, 2021 Order via

email through the Amazon Seller Messaging Assistant. True and accurate copies of the messages from the Amazon Seller Messaging Assistant confirming delivery of messages containing the body of the February 8, 2021 Order on Defendants are attached hereto as Exhibit A.[1]

8. The Amazon Seller Messaging Assistant permits consumers or other interested parties to send email messages to Amazon sellers through Amazon's servers.

9. However while Plaintiff was able to serve Defendants with notice of the February 8, 2021 Order, the limitations of the Amazon Seller Messaging Assistant did not permit attachment of documents the size of the complaint, brief and the other moving papers.

10. Having discovered that fact, Telebrands endeavored to serve Defendants VindEx Solutions LLC, Cornerstone Trading LLC, Gloria Business, Inc., Techno Zone, LLC, and Okapi, LLC with its moving papers via overnight mail. However, in light of Covid-19, we were unable to locate any overnight mail services that were open by the time we contacted them.

11. Accordingly, on or about February 9, 2021, as early as possible, I went and served those defendants whose addresses Telebrands knew by overnight mail.

12. Telebrands also gave notice to all Defendants that to the extent it could not serve them the documents physically, if they wanted copies of those moving documents, it would promptly provide them with the documents in electronic format if they wanted copies. True and accurate copies of the of the messages from the Amazon Seller Messaging Assistant confirming delivery of messages offering to provide Defendants with the moving papers are attached hereto as Exhibit B.

13. Telebrands has received a number of responses through the Amazon Seller Messaging Assistant which confirm that this method of communicating with Defendants has proven effective.

14. Based on the foregoing, the following Defendants have been served with the February

---

[1] Some of the Defendants use different brand names to sell their products on Amazon. For the sake of clarity, the following is a list of brand names and the associated Defendants: (1) Defendant Shen Zhen Hei Shi Investment Ltd. is Black Stone; (2) Defendant Gloria Business, Inc. is First Click Buy; (3) Defendant Techno Zone, LLC is Prosper Distributors; Defendant Cornerstone Trading LLC is Cornerstone Bookstone; (5) Defendant Okapi, LLC is Fortivo Home Store; (6) Defendant Henan Derun New Material Technology Co., Ltd. is UniForU; and (7) Defendant VindEx Solutions LLC is VinJoyce. Defendant XNH US used its actual business name for messaging purposes.

8, 2021 Order, and by February 10, 2021 will also be served with the moving papers: (1) VindEx Solutions LLC; (2) Cornerstone Trading LLC; (3) Gloria Business, Inc.; (4) Techno Zone, LLC; and (5) Okapi, LLC.

15. The remaining Defendants, Henan Derun New Material Technology Co., Ltd., Shen Zhen Hei Shi Investment ltd., and XNH US, have been served with the order but not the moving papers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of February 2021 at Jersey City, New Jersey.

                                        */s/ Michael A. Clore*
                                        Michael A. Clore