# EXHIBIT A



Inquiry from Amazon customer kaitlin luzzi

Send To: Black Stone.   12:42 02/08

ASIN : B083P55T3L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

TELEBRANDS CORP.,
Plaintiff,
v.
VINDEX SOLUTIONS LLC, et al.,
Defendants.
Case No. 21-cv-00898-BLF

ORDER DIRECTING DEFENDANTS TO RESPOND, SETTING HEARING DATE, DIRECTING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF ORDER AND FILE PROOF OF SERVICE

On February 4, 2021, Plaintiff filed an application for a temporary restraining order seeking to enjoin Defendants from, inter alia, "[c]ontinuing to unlawfully distribute Defendants' unauthorized TENS units either through third-party marketplaces such as Amazon, or any other platform whether online, by telephone, in retail stores or through any other medium within the United States." ECF 3 at 1. Defendants SHALL file a response by February 10, 2021 at 12:00pm. The total pages of all Defendant briefs SHALL NOT exceed 25 pages. A hearing is hereby SET for February 11, 2021 at 9:00am via Zoom.
The Court DIRECTS Plaintiff to serve Defendants with notice of this Order via email no later than February 8, 2021 at 12:00pm. Plaintiff SHALL file proof of service with the Court.
IT IS SO ORDERED.

Dated: February 8, 2021

BETH LABSON FREEMAN
United States District Judge



Screenshot of Amazon Message Center showing:

**Inquiry from Amazon customer kaitlin luzzi**

Send To: Cornerstone Bookstone   11:56 02/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

TELEBRANDS CORP.,
Plaintiff,
v.
VINDEX SOLUTIONS LLC, et al.,
Defendants.

Case No. 21-cv-0089 8-BLF

ORDER DIRECTING DEFENDANTS TO RESPOND, SETTING HEARING DATE, DIRECTING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF ORDER AND FILE PROOF OF SERVICE

On February 4, 2021, Plaintiff filed an application for a temporary restraining order seeking to enjoin Defendants from, inter alia, "[c]ontinuing to unlawfully distribute Defendants' unauthorized TENS units either through third-party marketplaces such as Amazon, or any other platform whether online, by telephone, in retail stores or through any other medium within the United States." ECF 3 at 1. Defendants SHALL file a response by February 10, 2021 at 12:00pm. The total pages of all Defendant briefs SHALL NOT exceed 25 pages. A hearing is hereby SET for February 11, 2021 at 9:00am via Zoom. The Court DIRECTS Plaintiff to serve Defendants with notice of this Order via email no later than February 8, 2021 at 12:00pm. Plaintiff SHALL file proof of service with the Court. IT IS SO ORDERED.

Dated: February 8, 2021

BETH LABSON FREEMAN
United States District Judge











