# EXHIBIT B



Your Account › Message Center



**Inquiry from Amazon customer kaitlin luzzi**

Send To: Prosper Distributors     13:44 02/09

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





Your Account > Message Center

Back

### Inquiry from Amazon customer kaitlin luzzi

**Inbox**

**Sent Messages**

Send To: UniForU    13:45 02/09

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





Message Center

Your Account > Message Center

Back

**Inbox**

**Sent Messages**

**Inquiry from Amazon customer Stone & Magnanini LLP**

Send To: Black Stone.     13:49 02/09

ASIN : B083P55T3L

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





## Your Account › Message Center

Back

**Inbox**

**Sent Messages**

### Inquiry from Amazon customer Stone & Magnanini LLP

Send To: XNH US     13:51 02/09

ASIN : B07ZYZ8FFK

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





## Your Account > Message Center

**Back**

**Inbox**

**Sent Messages**

### Inquiry from Amazon customer Stone & Magnanini LLP

Send To: Fortivo Home Shop　　　13:52 02/09

ASIN : B08G4Y86JX

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





## Your Account › Message Center

Back

**Inbox**

**Sent Messages**

### Inquiry from Amazon customer Stone & Magnanini LLP

Send To: Cornerstone Bookstore     13:53 02/09

ASIN : B081PMRZCB

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.





Your Account > Message Center



Inbox

Sent Messages

Back

**Inquiry from Amazon customer Stone & Magnanini LLP**

Send To: First Click Buy    13:54 02/09

ASIN : B08KYMRMG4

To whom it may concern:

Telebrands Corp. ("Telebrands") has named you as a Defendant in a lawsuit filed in the United States District Court for the Northern District of California. On February 8, 2021 Telebrands served you with notice of the February 8, 2021 Court Order directing you to respond to Telebrands' pending application for injunctive relief. To the extent you wish to oppose Telebrands' pending application, please provide us with an email address and will promptly serve you with all of Telebrands' moving papers.

