# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> VINDEX SOLUTIONS LLC, et al., <br><br> Defendants. | Case No. 21-cv-00898-BLF <br><br> **ORDER PERMITTING SERVICE VIA AMAZON SELLER MESSAGING ASSISTANT, EXTENDING WRITTEN OPPOSITION DEADLINE** |

The Court PERMITS Plaintiff to serve Defendants through Amazon Seller Messaging Assistant. *See* ECF 11 (describing attempts to serve Defendants). The hearing remains set for **February 11, 2021 at 9am**. Defendants may file a written opposition **no later than February 12, 2021 at noon**. This Order is effective *nunc pro tunc* to February 8, 2021.

**IT IS SO ORDERED.**

Dated: February 10, 2021

_____
BETH LABSON FREEMAN
United States District Judge