AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Telebrands Corp. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:21-cv-00898-BLF |
| Vindex Solutions LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant GLORIA BUSINESS, INC.

Date: February 12, 2021

/s/ Lauren Ashley Kassouf Quan
*Attorney's signature*

Lauren Ashley Kassouf Quan, SBN # 331586
*Printed name and bar number*

Law Offices of Andrew Quan
436 14th Street Suite 1110
Oakland, CA 94612
*Address*

Lauren@quan.legal
*E-mail address*

(510) 394-2466
*Telephone number*

(510) 987-8411
*FAX number*