**STONE & MAGNANINI LLP**
David S. Stone, *Pro Hac Vice*
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106

**EPSTEIN DRANGEL LLP**
Peter J. Farnese (SBN 251204)
pfarnese@ipcounselors.com
700 South Flower St., Suite 1000
Los Angeles, California 90017
Telephone:     310-356-4668
Facsimile:     310-388-1232

*Attorneys for Plaintiff*
*Telebrands Corp*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEBRANDS CORP.,<br><br>                Plaintiff,<br><br>     v.<br><br>VINDEX SOLUTIONS LLC, CORNERSTONE TRADING LLC, GLORIA BUSINESS, INC., TECHNO ZONE, LLC, OKAPI, LLC, HENAN DERUN NEW MATERIAL TECHNOLOGY CO, LTD., SHEN ZHEN HEI SHI INVESTMENT LTD., and XNH US,<br><br>                Defendant. | CASE NO.: 21-CV-898-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AS TO DEFENDANT GLORIA BUSINESS, INC. *ONLY***<br><br>Judge: Hon. Beth Labson Freeman<br>Dept:<br><br>Date Action Filed: February 4, 2021 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Telebrands Corp. and Defendant Gloria Business, Inc.. and/or their respective counsel that, in accordance with the terms of the Settlement Agreement and Mutual Release executed by the Parties, all claims that were asserted by Plaintiff Telebrands Corp. against Defendant Gloria Business, Inc. are voluntarily dismissed, without prejudice and without costs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that the United States District Court for the Northern District of California, San Jose Division, shall retain jurisdiction over the dispute and Parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the Parties.

IT IS SO STIPULATED.

DATED: February 25, 2021              Respectfully submitted,

**EPSTEIN DRANGEL LLP**
    Peter J. Farnese (SBN 251204)
    700 South Flower St., Suite 1000
    Los Angeles, California 90017
    Telephone:  310-356-4668
    Facsimile:  310-388-1232

**STONE & MAGNANINI LLP**

By:   s/ David S. Stone
    David S. Stone, *pro hac vice*
    100 Connell Drive, Suite 2200
    Berkeley Heights, NJ 07922
    Tel: (973) 218-1111
    Fax: (973) 218-1106

*Attorneys for Plaintiff
Telebrands Corp.*

DATED: February 25, 2021            **APTUM LAW**

By:   s/ Zheng Liu
      Zheng "Andy" Liu (S.B.# 279327)
      Lauren A. Kassouf Quan (S.B.# 331586)
      750 Alma Lane #8244
      Foster City, CA 94404
      Tel.: (650) 475-6289
      Fax: (510) 987-8411
      Email: Andy.Liu@AptumLaw.us

*Attorneys for Defendant*
*Gloria Business, Inc.*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

Pursuant to Civil Local Rule 5-1(i). I, Peter J. Farnese, hereby attest that I have obtained the concurrence in filing of this document from the signatory to this document.

I declare under penalty of perjury on the laws of the united states of America that the foregoing is true and correct.

By:   s/ Peter J. Farnese
      Peter J. Farnese

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Joint Stipulation of Voluntary Dismissal ("Stipulation"), and good cause otherwise appearing, hereby APPROVES the Stipulation and ORDERS all claims that were asserted by Plaintiff Telebrands Corp. against Defendant Gloria Business, Inc. are voluntarily dismissed, without prejudice and without costs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The Court further ORDERS that it shall retain jurisdiction over the dispute and Parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the Parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

The Honorable Beth Labson Feeman
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I caused to be served on all counsel of record electronically via the Court's electronic filing system, a true and correct copy of the Joint Stipulation and [Proposed] Order of Voluntary Dismissal.

                                                              */s/ Peter J. Farnese*
                                                              Peter J. Farnese